NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PRICEPLAY.COM, INC.,**
*Plaintiff-Appellant*

**v.**

**AOL ADVERTISING, INC., FACEBOOK INC., GOOGLE INC.,**
*Defendants-Appellees*

---

2015-1492, 2015-1589, 2015-1660

---

Appeals from the United States District Court for the District of Delaware in No. 1:14-cv-00092-RGA, Judge Richard G. Andrews, United States District Court for the Northern District of California in Nos. 3:14-cv-04830-SI, 3:14-cv-04828-SI, Judge Susan Y. Illston.

---

**JUDGMENT**

---

SCOTT DANIELS, Westerman, Hattori, Daniels & Adrian, LLP, Washington, DC, argued for appellant. Also represented by DARRIN A. AUITO.

DARYL JOSEFFER, King & Spalding LLP, Washington, DC, argued for appellees. Appellee Google Inc., also

represented by PAUL ALESSIO MEZZINA; ADAM CONRAD, Charlotte, NC. Appellee AOL Advertising, Inc., also represented by GEORGE FRANK PAPPAS, PETER ANDREW SWANSON, Covington & Burling LLP, Washington, DC. Appellee Facebook Inc., also represented by HEIDI LYN KEEFE, MARK R. WEINSTEIN, LAM K. NGUYEN, Cooley LLP, Palo Alto, CA; MICHAEL GRAHAM RHODES, San Francisco, CA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, BRYSON, and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| January 7, 2016 | /s/  Daniel  E.  O'Toole |
|:---:|:---|
| Date | Daniel E. O'Toole |
| | Clerk of Court |